**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  **Plaintiff,**<br><br>    v.<br><br>CHRISTOPHER AUBIN, ANCHOR STATE CAPITAL LLC, f/k/a ANCHOR STATE INVESTMENTS LLC, and ANCHOR STATE PROPERTIES LLC,<br>                 **Defendants,**<br><br>    **and**<br><br>ASHLEY CORCORAN,<br>                 **Relief Defendant.** | **Civil Action No. 1:25-cv-11379** |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Heidi M. Mitza as counsel for the plaintiff Securities and Exchange Commission (the "Commission") in the above-captioned matter.

Dated: June 18, 2025                  Respectfully submitted,

                                   /s/ Heidi M. Mitza
                                   Heidi M. Mitza (Mass Bar No. 647909)
                                   Securities and Exchange Commission
                                   33 Arch Street, 24th Floor
                                   Boston, Massachusetts 02110
                                   Telephone: (617) 573-8929
                                   Email: mitzah@sec.gov