**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SECURITES AND EXCHANGE COMMISSION,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **25-11379-FDS** |
| **CHRISTOPHER AUBIN, ANCHOR STATE CAPITAL LLC, f/k/a ANCHOR STATE INVESTMENTS LLC, and ANCHOR STATE PROPERTIES LLC,** ) | |
| **Defendants,** ) | |
| **and** ) | |
| **ASHLEY CORCORAN,** ) | |
| **Relief Defendant.** ) | |

**STIPULATION AND ORDER**

**SAYLOR, J.**

Plaintiff Securities and Exchange Commission ("the Commission"), defendants

Christopher Aubin, Anchor State Capital LLC, formerly known as Anchor State Investments

LLC, and Anchor State Properties LLC (collectively "Defendants") and Relief Defendants

Russell Miller, Jr. and Miller Property Group LLC (collectively "Miller") hereby agree and

stipulate, and the Court orders, as follows:

Whereas, this Stipulation and Order relates to the pending sale of property located at

1314 Chalkstone Ave., Providence, RI (the "Property");

Whereas the Property is currently being marketed for sale to the public, and the parties

hereto support the sale of the Property in an arms-length transaction;

## I.

A. Defendants, and each of their officers, agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Stipulation and Order by personal service or otherwise (including by fax, email, or overnight delivery service), shall hold and retain funds and other assets of Defendants presently held by them, derived directly or indirectly from the proceeds of the sale of the property located at 1314 Chalkstone Ave.,  Providence RI (the "Property"), and shall prevent any withdrawal, sale, payment (including, but not limited to draws on any other credit arrangement), transfer, dissipation, assignment, pledge, alienation, encumbrance, disposal, or diminution in value of any such funds or other assets.

B. All banks, brokerage, other financial institutions, and other persons or entities (including but not limited to Miller, payment processors, joint account owners and/or investors) that receive actual notice of this Stipulation and Order by personal service or otherwise (including by fax, email, or overnight delivery service), holding any funds or other assets derived directly or indirectly from the proceeds of the sale of the Property, shall prohibit the withdrawal, removal, sale, payment (including, but not limited to draws on any other credit arrangement), transfer, dissipation, assignment, pledge, alienation, encumbrance, diminution in value, or other disposal of any such funds or other assets; all of which assets, minus the payment of usual and reasonable costs and fees paid to facilitate the closing of the Property's sale, such as brokerage fees, recording fees and attorney's fees directly related to the sale transaction, they shall transfer within three business days of receipt of those assets, to the Court's Registry (the "CRIS"), to be held by the Court pending the resolution of this action.

C.      The Commission shall file a *lis pendens* on the Property with the City of Providence Recorder of Deeds that attaches a copy of this Stipulation and Order.

D.      All claims and interests flowing from: 1) the Mortgage Deed dated May 30, 2024 from Miller Property Group LLC to Anchor State Investments LLC and 2) the Assignment of Mortgage, Security Agreement and Assignment of Leases and Rents dated August 1, 2024 from Anchor State Investments LLC to KMT Holdings, LLC shall be claims and interests in the proceeds of the sale of the Property that are transferred to the Court's Registry, and all such claims and interests shall be resolved by this Court if no agreement can be reached among the parties.

E.      This Stipulation and Order does not constitute a waiver on the part of Defendants or Miller of any challenge they may make to the recoverability of any of the assets subject to this Stipulation and Order, nor does it waive the right of either Defendants or Miller to raise any other arguments or defenses in this case.

## II.

Service of this Stipulation and Order may be made by facsimile, mail, email, delivery by commercial courier, or personally by any employee of the Commission who is not counsel of record in this matter, or special process server, or any other person, or in any other manner authorized by Rule 5 of the Federal Rules of Civil Procedure.

## III.

This Stipulation and Order is entered without prejudice to any party's right to present any evidence or argument to the Court and to seek any modification of or relief from any part thereof. This Stipulation and Order is entered without prejudice to any party's right to assert their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

Unless otherwise ordered by the Court, this Stipulation and Order shall remain in effect until entry of a Final Judgment or other final disposition of this action.

SO AGREED.

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,


/s/  Kathleen Burdette Shields
Kathleen Burdette Shields (BBO# 637438)
Heidi M. Mitza (BBO# 647909)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Phone: (617) 573-8904 (Shields direct)
(617) 573-8929 (Mitza direct)
(617) 573-4590 (fax)
ShieldsKa@sec.gov; MitzaH@sec.gov

CHISTOPHER AUBIN, ANCHOR STATE
CAPITAL LLC, ANCHOR STATE PROPERTIES
LLC,

/s/  Stephen E. Frank
Stephen E. Frank (BBO# 568455)
QUINN EMANUEL URQUHART &
   SULLIVAN LLP
111 Huntington Ave., Suite 520
Boston, MA 02199-7626
Phone: (617) 712-7100
stephenfrank@quinnemanuel.com

RUSSELL MILLER, JR, MILLER PROPERTY
GROUP LLC

/s/  William V. Devine, Jr.
William V. Devine, Jr.
536 Atwells Ave., Suite 1
Providence, RI 02909
Boston Regional Office
Phone: (401) 454-1212
wvd@dblawri.com

4

**SO ORDERED.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  August 29, 2025              United States District Judge