UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br> v.<br><br>CHRISTOPHER AUBIN, ANCHOR STATE CAPITAL LLC, f/k/a ANCHOR STATE INVESTMENTS LLC, and ANCHOR STATE PROPERTIES LLC,<br>      Defendants,<br><br> and<br><br>ASHLEY CORCORAN, RUSSELL MILLER, JR., and MILLER PROPERTY GROUP LLC,<br>      Relief Defendants. | Civil Action No. 1:25-CV-11379-FDS |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO STAY**

  Plaintiff United States Securities and Exchange Commission (the "Commission") hereby requests authorization to file under seal its opposition to the defendants' motion to stay this case. The opposition is attached hereto as Exhibit A.

  On September 29, 2025, this Court granted the defendants' motion to seal their motion to stay this case, with the condition that they "file a redacted copy of the sealed pleadings and other materials on the public docket." Dkt. No. 56. In its opposition brief, the Commission makes reference to some of the facts and arguments contained in the defendants' motion that have been redacted in the public record because they constitute confidential information. The Commission thus seeks Court authorization to file its opposition brief under the same terms that apply to the defendants' motion to stay this case.

  Counsel for the Commission has reached out to all parties to see whether they will assent to this request. Counsel for the defendants assents and I have not received responses from the

relief defendants as of the time of this filing.

Dated: October 14, 2025

                                                    Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields (BBO# 637438)
Heidi Mitza (BBO# 647909)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Phone: (617) 573-8904 (Shields direct)
(617) 573-8929 (Mitza direct)
(617) 573-4590 (fax)
ShieldsKa@sec.gov (Shields email)
MitzaH@sec.gov (Mitza email)

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields