**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTOPHER AUBIN, ANCHOR STATE CAPITAL LLC, f/k/a ANCHOR STATE INVESTMENTS LLC, and ANCHOR STATE PROPERTIES LLC, )<br><br>Defendants, )<br><br>and )<br><br>ASHLEY CORCORAN, RUSSELL MILLER, JR., and MILLER PROPERTY GROUP, LLC, )<br><br>Relief Defendants. ) | CIVIL ACTION NO.<br>25-11379-FDS |

## <u>ORDER STAYING CASE IN PART</u>

SAYLOR, J.

For good cause shown, the motion of defendants Christopher Aubin, Anchor State

Capital LLC, formerly known as Anchor State Investments LLC, and Anchor State Properties

LLC (collectively "Defendants") for a stay is GRANTED in part and DENIED in part, as

follows:

1. The action is STAYED as to the claims against Defendants pending further order of

   the court.

2. This action is not stayed as to the claims against relief defendants Ashley Corcoran,

   Russell Miller, Jr., and Miller Property Group, LLC (collectively, "Relief

Defendants"); provided, however, that neither the SEC nor any Relief Defendant may seek or take discovery from any of the Defendants pending further order of the court.

3. An order concerning discovery as to the claims against the Relief Defendants and other potential witnesses or parties will be entered separately.

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV

Dated:  October 31, 2025        United States District Judge